UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-60198-CR-SMITH/VALLE
18 U.S.C. § 641

UNITED STATES OF AMERICA

vs.

ALEXIS BANNERMAN,

Defendant.
_____/

FILED BY ___AT___ D.C.

Sep 9, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## INFORMATION

The United States Attorney charges that:

### COUNTS 1 - 10
(Theft of Public Money - 18 U.S.C. § 641)

On or about the dates listed below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ALEXIS BANNERMAN,**

did knowingly and willfully embezzle, steal, purloin and convert to her own use, any record, voucher, money and thing of value of the United States and a department and agency thereof, the aggregate amount of which exceeded $1,000.00, that is, Supplemental Nutrition Assistance Program benefits issued by the United States Department of the Agriculture, to which the defendant knew she was not entitled, as specified in each count below:

| Count | Date | Benefit Amount |
|---|---|---|
| 1 | 05/22/19 | $1,041 |
| 2 | 07/05/19 | $762 |
| 3 | 08/05/19 | $762 |

| 4 | 09/05/19 | $762 |
|---|---|---|
| 5 | 10/01/19 | $384 |
| 6 | 10/05/19 | $384 |
| 7 | 11/05/19 | $768 |
| 8 | 12/05/19 | $768 |
| 9 | 01/05/20 | $768 |
| 10 | 02/05/20 | $590 |

In violation of Title 18, United States Code, Sections 641 and 2.

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
LAURENCE M. BARDFELD
ASSISTANT U.S ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALEXIS BANNERMAN,

_____/

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☒ FTL
- ☐ WPB

New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of New Counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect: ____

4. This case will take **0** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☒ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge ____ Case No. ____

7. Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. ____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) ____
   If yes, Judge ____ Case No. ____

9. Defendant(s) in federal custody as of ____

10. Defendant(s) in state custody as of ____

11. Rule 20 from the ____ District of ____

12. Is this a potential death penalty case? (Yes or No) **No**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
LAURENCE M. BARDFELD
Assistant United States Attorney
FL Bar No.    0712450

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ALEXIS BANNERMAN

**Case No:** _____

Count #: 1-10

Theft of Government Money

18 U.S.C. § 641

* Max. Term of Imprisonment: 10 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

Count #:

* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

Count #:

* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) Case No. 22-60198-CR-SMITH/VALLE |
| ALEXIS BANNERMAN | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Patrick M. Hunt, United States Magistrate Judge
*Judge's printed name and title*